# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Drain, Gershwin A. | U.S. Distsrict Court, Eastern District of Michigan | 04/17/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge; active | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

United States District Court
Theodore Levin United States Courthouse
231 W. Lafayette Blvd., Room 707
Detroit, MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Wayne County, Michigan Pension Payments | $14,192.04 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law | 01/25/18 to 01/29/18 | Key Largo, FL | Education | Flight, Hotel, Meals and Shuttle |
| 2. | George Mason University School of Law | 04/12/18 to 04/15/18 | San Diego, CA | Education | Flight, Hotel, Meals and Shuttle |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Drain, Gershwin A. | 04/17/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IIRA #1 (H) | | | | | | | | | |
| 2. - First Trust Sabrient Baker's Dozen Port | A | Dividend | K | T | | | | | |
| 3. - AMCAP Fund Class C Am. Funds | A | Dividend | L | T | | | | | |
| 4. - American Balanced Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 5. - Cap. Income Builder Fd./ Class C - Am. Funds | B | Dividend | L | T | | | | | |
| 6. - Cap. World Growth & Inc. Fd./ Am. Funds | A | Dividend | L | T | | | | | |
| 7. - Europacific Growth Fund/Am Funds | A | Dividend | K | T | | | | | |
| 8. - Growth Fund of America/Am. Funds | A | Dividend | K | T | | | | | |
| 9. - Hartford Floating Rate Fund | A | Dividend | K | T | | | | | |
| 10. - Income Fund of Amer. Class C - Am. Funds | C | Dividend | M | T | | | | | |
| 11. - New Economy Fund/Am. Funds | A | Dividend | K | T | | | | | |
| 12. - New Perspective Fund Class C - Am. Funds | A | Dividend | L | T | | | | | |
| 13. - First Trust Election Portfolio | A | Dividend | | | Sold | 11/16/18 | L | | |
| 14. IRA #2 (H) | | | | | | | | | |
| 15. - Am. Funds Amcap Fund Class C | A | Dividend | J | T | | | | | |
| 16. - Am. Funds - American Balance Fund | A | Dividend | J | T | | | | | |
| 17. - American Funds Capital Income Builder | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - Am. Funds - Growth Fund of America | A | Dividend | J | T | | | | | |
| 19.   - American Funds New World Fund | A | Dividend | J | T | | | | | |
| 20.   IRA #3 (H) | | | | | | | | | |
| 21.   - Am. Funds - Capital Income Builder | A | Dividend | J | T | | | | | |
| 22.   - Am Funds The Growth Fund of America | A | Dividend | | | Sold | 04/04/18 | J | | |
| 23.   - Am Funds Capital World Growth & Inc. | A | Dividend | J | T | | | | | |
| 24.   - Am. Funds Investment Co. of America (Y) | | | | | | | | | |
| 25.   - Am. Funds New Economy Fund | A | Dividend | J | T | | | | | |
| 26.   - Am. Funds New Perspective Fund | A | Dividend | J | T | | | | | |
| 27.   - Am. Funds New World Fund (Y) | | | | | | | | | |
| 28.   IRA #4 (H) | | | | | | | | | |
| 29.   - Amer. Funds AMCAP Fund Class C | A | Dividend | J | T | | | | | |
| 30.   - Franklin Rising Dividends Fund Class C | A | Dividend | J | T | | | | | |
| 31.   - Franklin Mutual Global Discovery Fund | A | Dividend | J | T | | | | | |
| 32.   IRA #6 (H) | | | | | | | | | |
| 33.   - Paychex Incorporated | A | Dividend | | | Sold | 11/14/18 | J | | |
| 34.   - Pepsico Incorporated | A | Dividend | | | Sold | 11/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Riverfront Strategic Income Fund | A | Dividend | | | Sold | 10/17/18 | J | | |
| 36. - First Trust ETF II Utilities Alphadex Fund | A | Dividend | J | T | | | | | |
| 37. - First Trust ETF IV Senior Loan Fund | A | Dividend | J | T | | | | | |
| 38. - Flexshares Trust Quality Dividend Index Fund | A | Dividend | | | Sold | 03/22/18 | J | | |
| 39. - Global X U.S. Infrastructure Dev. ETF | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 40. - Global X Funds MCSI Norway ETF | A | Dividend | | | Sold | 11/14/18 | J | | |
| 41. - Goldman Sachs ETF Activebeta US Large Cap | A | Dividend | K | T | | | | | |
| 42. - Invesco QQQ f/k/a Powershares QQQ Trust | A | Dividend | J | T | | | | | |
| 43. - Invesco Aerospace & Def f./k/a Powershares ETF Tr. Aerospc. & Def, | A | Dividend | J | T | | | | | |
| 44. - Invesco S&P 500 Equal Weight Energy ETF | A | Dividend | J | T | Buy | 11/21/18 | J | | |
| 45. - Invesco Emerging Markets f/ka/ Powershares Emerging Markets ETF | A | Dividend | J | T | | | | | |
| 46. - Ishares MSCI Aust ETF | A | Dividend | J | T | | | | | |
| 47. - Ishares MSCI CDA ETF | A | Dividend | J | T | | | | | |
| 48. - Ishares TR Core S & P 500 ETF | A | Dividend | K | T | | | | | |
| 49. - Ishares 20 Yr TR BD ETF | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 50. - Ishares TR MSCI EAFE ETF | A | Dividend | J | T | | | | | |
| 51. - IShares TR U.S. TECH ETF | A | Dividend | K | T | Buy | 12/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ishares TR U.S. Fin SVC ETF | A | Dividend | J | T | | | | | |
| 53. - Ishares TR CORE S&P SCP ETF | A | Dividend | J | T | | | | | |
| 54. - Ishares TR U.S. CNSM GD ETF | A | Dividend | J | T | | | | | |
| 55. - Ishares TR MSCI Ac Asia ETF | A | Dividend | J | T | | | | | |
| 56. - Ishares TR 10-20 YR TRS ETF | A | Dividend | J | T | Buy | 10/17/18 | J | | |
| 57. - Ishares TR U.S. MED DVC ETF | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 58. - Ishares TR Intl SEL Div ETF | A | Dividend | | | Sold | 06/05/18 | J | | |
| 59. - Ishares TR EAFE Value ETF | A | Dividend | | | Sold | 06/05/18 | K | | |
| 60. - Ishares TR EAFE Grwth ETF | A | Dividend | K | T | | | | | |
| 61. - Ishares TR Core MSCI EAFE | A | Dividend | K | T | | | | | |
| 62. - Ishares Incorporated Core MSCI EMKT | A | Dividend | K | T | | | | | |
| 63. - JPMorgan Betabuilders Japan ETF | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 64. - Pimco ETF Trust | A | Dividend | K | T | | | | | |
| 65. - SPDR Blackstone f/k/a SSGA Active ETF Trust Blackston/GSO Sr Ln ETF | A | Dividend | J | T | | | | | |
| 66. - SPDR Healthcare Select f/k/a Sector SPDR TR SBI Healthcare | A | Dividend | J | T | | | | | |
| 67. - SPDR Con Disc Select f/k/a Sector SPDR TR SBI Cons Discr | A | Dividend | J | T | | | | | |
| 68. - SPDR Series Trust Morgan Stanley Tech | A | Dividend | | | Sold | 12/18/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - SPDR Series Trust S&P Capital Markets ETF | A | Dividend | | | Sold | 11/14/18 | J | | |
| 70. - SPDR Fin Select f/k/a Sector SPDR TR SBI Int-Finl | A | Dividend | J | T | | | | | |
| 71. - Vanguard Total Bond Market ETF | A | Dividend | J | T | Buy | 11/14/18 | J | | |
| 72. - Vanguard Intermediate Term Gov Bond ETF | A | Dividend | K | T | Buy | 06/27/18 | K | | |
| 73. - Wisdomtree U.S. Largecap Div Fund | A | Dividend | J | T | | | | | |
| 74. - Wisdomtree Japan Smallcap Divid Fund | A | Dividend | K | T | | | | | |
| 75. - Wisdomtree Trust intl Hedged Div Growth Fund | A | Dividend | | | Sold | 06/27/18 | J | | |
| 76. - Wisdomtree Trust Currency Hedged Defa Fd | A | Dividend | | | Sold | 11/14/18 | K | | |
| 77. IRA #7 (H) | | | | | | | | | |
| 78. - AT&T Incorporated | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 79. - Abbott Labs | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 80. - Activision Blizzard Inc. | A | Dividend | | | Sold | 03/14/18 | J | | |
| 81. - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 82. - Alibaba Group Hldg. | A | Dividend | J | T | | | | | |
| 83. - Allstate Corp. | A | Dividend | | | Sold | 02/08/18 | J | | |
| 84. - Alphabet Incorporated | A | Dividend | J | T | | | | | |
| 85. - Altria Group | A | Dividend | | | Sold | 04/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Amazon Com Inc. | A | Dividend | J | T | | | | | |
| 87. - American Express Company | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 88. - Analog Devices Inc. | A | Dividend | | | Sold | 02/09/18 | J | | |
| 89. - Apple Inc. | A | Dividend | J | T | | | | | |
| 90. - Bank Amer. Corp | A | Dividend | J | T | | | | | |
| 91. - Becton Dickinson & Co. | A | Dividend | J | T | | | | | |
| 92. - Boeing Company | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 93. - Boston Scientific Corp. | A | Dividend | J | T | | | | | |
| 94. - Bristol Myers Squibb Companh | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 95. - CSX Corp. | A | Dividend | J | T | | | | | |
| 96. - Caterpillar Inc. | A | Dividend | | | Sold | 08/23/18 | J | | |
| 97. - Charter Communications Inc. | A | Dividend | | | Sold | 03/06/18 | J | | |
| 98. - Chevron Corp. | A | Dividend | J | T | | | | | |
| 99. - Cisco Systems Inc. | A | Dividend | J | T | | | | | |
| 100. - Citigroup Inc. | A | Dividend | J | T | | | | | |
| 101. - Coca Cola Company | A | Dividend | | | Sold | 02/09/18 | J | | |
| 102. - Comcast Corp. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Conocophillips | A | Dividend | J | T | | | | | |
| 104. - Disney Walt Company | A | Dividend | J | T | Buy | 09/26/18 | J | | |
| 105. - Dollar General Corp. | A | Dividend | J | T | | | | | |
| 106. - Dowdupont Inc. | A | Dividend | J | T | | | | | |
| 107. - EOG RES Inc. | A | Dividend | J | T | | | | | |
| 108. - Eastman Chemical Company | A | Dividend | | | Sold | 08/22/18 | J | | |
| 109. - Facebook Inc. | A | Dividend | J | T | Sold | 11/12/18 | J | | |
| 110. - Fedex Corp. | A | Dividend | | | Sold | 12/10/18 | J | | |
| 111. - Gilead Sciences Inc | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 112. - Home Depot Inc. | A | Dividend | J | T | | | | | |
| 113. - Honeywell International Inc. | A | Dividend | J | T | | | | | |
| 114. - Intel Corp. | A | Dividend | | | Sold | 08/20/18 | J | | |
| 115. - JPMorgan Chase & Co. | A | Dividend | J | T | | | | | |
| 116. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 117. - Lilly Eli & Company | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 118. - Marsh & McLennan Companies Inc. | A | Dividend | | | Sold | 01/09/18 | J | | |
| 119. - McDonalds Corporation | A | Dividend | J | T | Buy | 12/21/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 121.   - Mohawk Industries Inc. | A | Dividend | | | Sold | 04/27/18 | J | | |
| 122.   - Morgan Stanley Com. | A | Dividend | | | Sold | 10/10/18 | J | | |
| 123.   - Netflix Incorporated | A | Dividend | J | T | Buy | 08/21/18 | J | | |
| 124.   - Nike Incorporated | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 125.   - Nvidia Corp. | A | Dividend | J | T | | | | | |
| 126.   - PNC Finl. Svcs. Group Inc. | A | Dividend | | | Sold | 10/12/18 | J | | |
| 127.   - Pepsico Inc. | A | Dividend | | | Sold | 10/02/18 | J | | |
| 128.   - Palo Alto Networks Incorporated | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 129.   - Paypal Hldgs Incorporated | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 130.   - Pfizer Inc. | A | Dividend | J | T | | | | | |
| 131.   - Procter and Gamble Company | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 132.   - Philip Morris Intl. Inc. | A | Dividend | | | Sold | 02/05/18 | J | | |
| 133.   - Raytheon Company | A | Dividend | J | T | | | | | |
| 134.   - Roper Technologies Inc. | A | Dividend | | | Sold | 10/26/18 | J | | |
| 135.   - Royal Dutch Shell PLC Spons ADR | A | Dividend | | | Sold | 08/07/18 | J | | |
| 136.   - Salesforce Com Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Stanley Black & Decker Inc. | A | Dividend | | | Sold | 02/09/18 | J | | |
| 138. - Servicenow Incorporated | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 139. - TJX Companies Inc. | A | Dividend | J | T | | | | | |
| 140. - Twitter Icorporated A | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 141. - Unitedhealth Group Inc. | A | Dividend | J | T | | | | | |
| 142. - Verizon Communications Incorporated | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 143. - Vertex Pharmaceuticals Inc. | A | Dividend | J | T | | | | | |
| 144. - Visa Inc. | A | Dividend | J | T | | | | | |
| 145. - Walmart Incorporated | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 146. - Wells Fargo Company New | A | Dividend | J | T | Buy | 07/09/18 | J | | |
| 147. - Medtronic PLC Shs | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 148. - Zoetis Inc. | A | Dividend | | | Sold | 07/13/18 | J | | |
| 149. Brokerage Account #1 (H) | | | | | | | | | |
| 150. - Targe Res Corp. f/k/a Targa Res Partners LP Com Unit (X) | A | Dividend | J | T | | | | | |
| 151. - Realty Income Corporation Reit | B | Dividend | K | T | | | | | |
| 152. - American High Income Municipal Bond | A | Dividend | J | T | | | | | |
| 153. - Blackrock Equity Div. Fund Class C | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Calamos Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 155. - Am Funds Cap World Growth & Inc Class C | A | Dividend | K | T | | | | | |
| 156. - First Eagle Global Fund Class C | A | Dividend | K | T | | | | | |
| 157. - Franklin Rising Dividends Fund | A | Dividend | J | T | | | | | |
| 158. - Am Funds Growth Fund of Amer Class C | A | Dividend | K | T | | | | | |
| 159. - Am Funds Investment Co of America Class A | A | Dividend | K | T | | | | | |
| 160. - Janus Henderson Global Eq. Inc. f/k/a Henderson European Focus Fund | A | Dividend | K | T | | | | | |
| 161. - Western Asset Int. Term Municipals Class C | A | Dividend | L | T | | | | | |
| 162. - Franklin Templeton Mutual Global Discovery | A | Dividend | K | T | | | | | |
| 163. - Am Funds New World Class C | A | Dividend | J | T | | | | | |
| 164. - Nuveen High Yield Mun. Bond Fund Class C | A | Dividend | K | T | | | | | |
| 165. - Tax Exempt Bond Fund of America | A | Dividend | J | T | | | | | |
| 166. - Raymond James Cash Account | | None | J | T | | | | | |
| 167. Brokerage Account #2 (H) | | | | | | | | | |
| 168. - AT&T Incorporated | A | Dividend | J | T | Buy | 06/13/18 | J | | |
| 169. - Abbott Labs | A | Dividend | J | T | Buy | 01/09/18 | J | | |
| 170. - Activision Blizzard Inc. | A | Dividend | | | Sold | 03/14/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Adobe Systems Inc. | A | Dividend | J | T | | | | | |
| 172. - Alibaba Group Hldg | A | Dividend | J | T | | | | | |
| 173. - Allstate Corporation | A | Dividend | | | Sold | 02/08/18 | J | | |
| 174. - Alphabet Incorporated f/k/a Google Incorporated | A | Dividend | J | T | | | | | |
| 175. - Altria Group Incorporated | A | Dividend | | | Sold | 04/19/18 | J | | |
| 176. - Amazon Com Incorporated | A | Dividend | J | T | | | | | |
| 177. - Analog Devices Inc. | A | Dividend | | | Sold | 02/09/18 | J | | |
| 178. - American Express Company | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 179. - Apple Incorporated | A | Dividend | J | T | | | | | |
| 180. - Bank of America Corporation | A | Dividend | J | T | | | | | |
| 181. - Becton Dickison & Company | A | Dividend | J | T | | | | | |
| 182. - Boeing Company | A | Dividend | J | T | Buy | 02/09/18 | J | | |
| 183. - Boston Scientific Corp. | A | Dividend | J | T | | | | | |
| 184. - Bristol Myers Squibb Company | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 185. - CSX Corporation | A | Dividend | J | T | | | | | |
| 186. - Caterpillar Inc. | A | Dividend | | | Sold | 08/23/18 | J | | |
| 187. - Charter Communications Inc. | A | Dividend | | | Sold | 03/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Chevron Corporation New | A | Dividend | J | T | | | | | |
| 189. - Cisco Systems Incorporated | A | Dividend | J | T | | | | | |
| 190. - Citigroup Incorporated Com New | A | Dividend | J | T | | | | | |
| 191. - Coca Cola Company | A | Dividend | | | Sold | 02/09/18 | J | | |
| 192. - Comcast Corporation New | A | Dividend | J | T | | | | | |
| 193. - Conocophillips | A | Dividend | J | T | | | | | |
| 194. - Disney Walt Company | A | Dividend | J | T | Buy | 09/26/18 | J | | |
| 195. - Dollar General Corp. | A | Dividend | J | T | | | | | |
| 196. - Dowdupont Inc. f/k/a Dow Chemical Company | A | Dividend | J | T | | | | | |
| 197. - EOG RES Inc. | A | Dividend | J | T | | | | | |
| 198. - Eastman Chemical Company | A | Dividend | | | Sold | 08/24/18 | J | | |
| 199. - Facebook Incorporated | A | Dividend | | | Sold | 11/12/18 | J | | |
| 200. - Fedex Corporation | A | Dividend | | | Sold | 12/12/18 | J | | |
| 201. - Gilead Sciences Incorporated | A | Dividend | J | T | Buy | 08/09/18 | J | | |
| 202. - Home Depot Incorporated | A | Dividend | | | Sold | 10/24/18 | J | | |
| 203. - Honeywell International Incorporated | A | Dividend | J | T | | | | | |
| 204. - Intel Corp. | A | Dividend | | | Sold | 08/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - JPMorgan Chase & Company | A | Dividend | J | T | | | | | |
| 206. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 207. - Lilly Eli & Company | A | Dividend | J | T | Buy | 07/24/18 | J | | |
| 208. - Marsh & Mclennan Companies Incorporated | A | Dividend | | | Sold | 01/09/18 | | | |
| 209. - McDonalds Corporation | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 210. - Microsoft Corporation | A | Dividend | J | T | | | | | |
| 211. - Mohawk Indusstries Inc. | A | Dividend | | | Sold | 04/27/18 | J | | |
| 212. - Morgan Stanley Com New | A | Dividend | | | Sold | 10/10/18 | J | | |
| 213. - Netflix Incorporated | A | Dividend | J | T | Buy | 08/21/18 | J | | |
| 214. - Nike Incorporated | A | Dividend | J | T | Buy | 10/10/18 | J | | |
| 215. - Nvidia Corp. | A | Dividend | J | T | | | | | |
| 216. - Palo Alto Hldgs Incorporated | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 217. - Paypal Hldgs Incorporated | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 218. - PNC Finl. Svcs. Group Inc. | A | Dividend | | | Sold | 10/12/18 | J | | |
| 219. - Pepsico Incorporated | A | Dividend | | | Sold | 10/02/18 | J | | |
| 220. - Pfizer Incorporated | A | Dividend | J | T | | | | | |
| 221. - Philip Morris International Inc. | A | Dividend | | | Sold | 02/05/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Proctor and Gamble Co. | A | Dividend | J | T | Buy | 10/23/18 | J | | |
| 223. - Raytheon Company | A | Dividend | J | T | | | | | |
| 224. - Roper Technologies Inc. | A | Dividend | | | Sold | 10/30/18 | J | | |
| 225. - Royal Dutch Shell PLC Spons. ADR (Netherlands) | A | Dividend | | | Sold | 08/07/18 | J | | |
| 226. - Salesforce Com Incorporated | A | Dividend | J | T | | | | | |
| 227. - Servicenow Incorporated | A | Dividend | J | T | Buy | 10/09/18 | J | | |
| 228. - Stanley Black & Decker Inc. | A | Dividend | | | Sold | 02/09/18 | J | | |
| 229. - TJX Companies Inc. | A | Dividend | J | T | | | | | |
| 230. - Twitter Incorporated | A | Dividend | J | T | Buy | 12/12/18 | J | | |
| 231. - United Health Group Inc. | A | Dividend | J | T | | | | | |
| 232. - Verizon Communications Incorporated | A | Dividend | J | T | Buy | 10/29/18 | J | | |
| 233. - Vertex Pharmaceuticals Inc. | A | Dividend | J | T | | | | | |
| 234. - Visa Incorporated | A | Dividend | J | T | | | | | |
| 235. - Walmart Incorporated | A | Dividend | J | T | Buy | 10/24/18 | J | | |
| 236. - Wells Fargo Company New | A | Dividend | J | T | Buy | 07/09/18 | J | | |
| 237. - Medtronic PLC Shs (Ireland) | A | Dividend | J | T | Buy | 08/01/18 | J | | |
| 238. - Zoetis Inc. | A | Dividend | | | Sold | 07/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Virginia 529 Plan, College Savings Plan, Moderate (H) Growth | | | | | | | | | |
| 240. - AMCAP Fund - 529C | A | Dividend | J | T | | | | | |
| 241. - Capital World Growth & Income - 529C | A | Dividend | J | T | | | | | |
| 242. - The Growth Fund of America - 529C | A | Dividend | J | T | | | | | |
| 243. - The Investment Company of America - 529C | A | Dividend | J | T | | | | | |
| 244. Hartford Life Insurance Cash Value Acct. #1 (H) | | | | | | | | | |
| 245. - American Funds Income Fund | A | Dividend | J | T | | | | | |
| 246. - American Funds Growth | A | Dividend | J | T | | | | | |
| 247. - Franklin Templeton Mutual Shares Sec | A | Dividend | J | T | | | | | |
| 248. PNC Bank Checking & Savings Accounts | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Drain, Gershwin A. | 04/17/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gershwin A. Drain**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544